# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

*Barry D. Knight*　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(210) 472–6720*
**CLERK OF COURT**

**DATE:　July 7, 2025**

**Toby O Martinez, Jr**
**20926 Wild Springs**
**San Antonio, TX 78258**

**RE:**　　　Bankruptcy Case No.:　**25–51283–mmp**
　　　　　　Case Style:　Toby O Martinez, Jr

An order was entered on **07/07/2025**, dismissing your bankruptcy case. The dismissal of your case does not relieve you of the obligation to pay your filing fee in full. The balance of **$143.00** is due immediately.

If you filed other bankruptcy cases in the past you might also owe filing fees for those cases. Please call or visit the Clerk's office to see if you owe filing fees for other cases.

Please remit the filing fee to:

**U.S. Bankruptcy Clerk's Office**
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

If you have any questions please feel free to contact me at (210) 472–6720 .

Sincerely,

　　　　　　Bridget Hardage
　　　　　　Deputy Clerk, U. S. Bankruptcy Court

　　　　　　San Antonio Division

---

| | | |
|---|---|---|
| 903 San Jacinto, Suite 322<br>Austin, Texas 78701<br>(512) 916–5237 | 511 E. San Antonio Avenue, Suite 444<br>El Paso, Texas 79901<br>(915) 779–7362 | 800 Franklin Avenue, Suite 140<br>Waco, Texas 76701<br>(254) 750–1513 |

**[Fee Demand Letter]** [Ltrdmndfee]